## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Wejac, Inc. and William E. Jackson, | ) | Case No. 04-26737 |
| | ) | (Jointly Administered) |
| Debtors. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB - 1 2005
KENNETH S. GARDNER, CLERK

TEAM - D

### VERIFIED STATEMENT OF CHAD M. FIRSEL PURSUANT TO BANKRUPTCY RULE 2014(a) IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY BAUM REALTY GROUP, INC.

I, Chad M. Firsel, pursuant to 28 U.S.C. § 1746, hereby depose and state under penalty of perjury, as follows:

1. If called to testify I could competently testify to the facts set forth herein.

2. My office is located at 1030 West Chicago, Chicago, Illinois 60622.

3. As set forth in the Application, I propose to render the following services to the Debtors during their chapter 11 bankruptcy case:

    (a). assist the Debtors in marketing and selling commercial property located at 7149 S. Exchange Street, Chicago, Illinois.

4. To the best of my knowledge, information and belief, I am disinterested person within the meaning of 11 U.S.C. § 101(14) and as required pursuant to 11 U.S.C. § 327(a). I have no connections with the Debtors, its creditors, the United States Trustee for this district or any of its attorneys or accountants or any other party in interest herein and neither holds nor represents any adverse interest in connection with the matters upon which it is to be employed.



{A0082662.DOC}

5.     I understand that any and all compensation for professional services rendered herein on behalf of Baum Realty Group, Inc. shall be subject to further Court approval, after notice and a hearing on separate application.

6.     I have not entered into any agreement to share such compensation as it may be awarded herein, except as permitted under 11 U.S.C. § 504(b).

I state under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at Chicago, Illinois this __1__ day of February, 2005.

_____
Chad M. Firsel